Timothy F. Umbreit    SBN 145932
4701 Cartwright Avenue
Toluca Lake, CA 91602

818-535-7381 (v)
818-334-5659 (f)

tim@timumbreit.com

Attorney for: *Thompson Real Estate Group, Inc.*

FILED & ENTERED

MAR 30 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re:

REAL ESTATE PARTNERS, INC.
and its related entities

THOMPSON REAL ESTATE GROUP, INC.
ASSIGNEE OF CERTAIN CLAIMS OF REAL
ESTATE PARTNERS, INC. AND ITS SEVEN
AFFILIATED INVESTMENT FUNDS,

        Plaintiff,

v.

REPFUND TERRACINA APARTMENTS, LLC
PCCP TERRACINA, LLC., PCCP LB
TERRACINA, LLC., CGKL VENTURES,
LLC., PCCP, LLC dba PACIFIC COAST
CAPITAL PARTNERS, WILLIAM LINDSAY,
AS TRUSTEE OF THE ASSETS AND FOR
THE BENEFIT OF CREDITORS OF
REPFUND TERRACINA APARTMENTS,
LLC, PCCP TERRACINA, LLC., PCCP LB
TERRACINA, LLC., CGKL VENTURES,
LLC.,  (ENTITIES WHOSE ARTICLES OF
ORGANIZATION HAVE BEEN
CANCELLED)

        Defendants

Case No.: 8:07-bk-13239-TA
(consolidated with Case Nos 8:07-13239 TA – 8:07-13246 TA)

**Chapter 11**

Adversary Proceeding No.: 8:11-ap-01404-TA

ORDER ON STIPULATION OF THE
PARTIES FOR ENTRY OF ORDER OF
DISMISSAL OF ADVERSARY
PROCEEDING WITH PREJUDICE

STATUS CONFERENCE:
Date: April 26, 2012
Time: 10:00 a.m.
Courtroom: 5B
Place: 411 West Fourth St.
       Santa Ana, CA 92701

1

Order on Stipulation of Dismissal with Prejudice

# ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

Upon the STIPULATION OF THE PARTIES FOR ENTRY OF ORDER OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE (Adv. No. 8:11-ap-01404-TA; Doc #34) and for good cause appearing therefore,

IT IS ORDERED THAT:

ADVERSARY PROCEEDING No. 8:11-ap-01404-TA BE AND IS HEREBY DISMISSED WITH PREJUDICE.

###

DATED: March 30, 2012

_/s/ Theodor C. Albert_
United States Bankruptcy Judge

TIMOTHY F. UMBREIT
ATTORNEY AT LAW
TOLUCA LAKE, CA 91602

Timothy F. Umbreit    SBN 145932
4701 Cartwright Avenue
Toluca Lake, CA 91602

818-535-7381 (v)
818-334-5659 (f)

tim@timumbreit.com

Attorney for: *Thompson Real Estate Group, Inc.*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>REAL ESTATE PARTNERS, INC.<br>and its related entities | Case No.: 8:07-bk-13239-TA<br>(consolidated with Case Nos 8:07-13239 TA – 8:07-13246 TA)<br><br>**Chapter 11**<br><br>Adversary Proceeding No.: 8:11-ap-01404-TA |
| THOMPSON REAL ESTATE GROUP, INC. ASSIGNEE OF CERTAIN CLAIMS OF REAL ESTATE PARTNERS, INC. AND ITS SEVEN AFFILIATED INVESTMENT FUNDS,<br><br>Plaintiff,<br>v.<br><br>REPFUND TERRACINA APARTMENTS, LLC PCCP TERRACINA, LLC., PCCP LB TERRACINA, LLC., CGKL VENTURES, LLC., PCCP, LLC dba PACIFIC COAST CAPITAL PARTNERS, WILLIAM LINDSAY, AS TRUSTEE OF THE ASSETS AND FOR THE BENEFIT OF CREDITORS OF REPFUND TERRACINA APARTMENTS, LLC, PCCP TERRACINA, LLC., PCCP LB TERRACINA, LLC., CGKL VENTURES, LLC., (ENTITIES WHOSE ARTICLES OF ORGANIZATION HAVE BEEN CANCELLED)<br><br>Defendants | STIPULATION OF THE PARTIES FOR ENTRY OF ORDER OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE<br><br>STATUS CONFERENCE:<br>Date: April 26, 2012<br>Time: 10:00 a.m.<br>Courtroom: 5B<br>Place: 411 West Fourth St.<br>      Santa Ana, CA 92701 |

1

Error! Main Document Only. TIMOTHY F. UMBREIT
ATTORNEY AT LAW
TOLUCA LAKE, CA 91602

1  Thompson Real Estate Group, Inc., Plaintiff and REPFund Terracina Apartments, LLC, PCCP

2  Terracina, LLC, PCCP LB Terracina, LLC, CGKL Ventures, LLC, PCCP, LLC dba Pacific Coast

3  Capital Partners, and William Lindsay, Defendants have entered into a Settlement Agreement with

4  an Effective Date of March 6, 2012; pursuant to the terms of that agreement, the parties have agreed

5  to file this Stipulation for Order of Dismissal with Prejudice in accordance with Federal Rule of

6  Civil Procedure 41(a)(1)(A)(ii) (made applicable to the Adversary Action by Federal Rule of

7  Bankruptcy Procedure 7041).

8  The Plaintiff has lodged herewith an Order Dismissing this adversary case in its entirety and as to all

9  parties named herein, WITH PREJUUDICE.

10  It is therefore requested that this Court issue the Order as agreed.

Dated: March 6, 2012

Oscar Garza
Douglas Levin
Gibson, Dunn & Crutcher, LLP

By: _____
Oscar Garza
Attorneys for REPFund Terracina
Apartments, LLC, PCCP Terracina, LLC,
PCCP LB Terracina, LLC, CGKL Ventures,
LLC, PCCP, LLC dba Pacific Coast Capital
Partners, and William Lindsay

Dated: March ____, 2012

_____
Timothy F. Umbreit
Attorney for Thompson Real Estate Group, Inc.

2

Stipulation for Order of Dismissal with Prejudice

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4701 Cartwright Avenue, Toluca Lake, CA 91602

A true and correct copy of the foregoing document described as ***Order on Stipulation of Parties for Entry of Order of Dismissal of Adversary Proceeding with prejudice*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***Fill in Date Document is Filed***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***3/7/2012,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor Albert, Judge, United States bankruptcy Court, Central District of California, 411 West Fourth St., Suite 5085, Santa Ana, CA 92701

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***3/7/2012,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Oscar Garza   ogarza@gibsondunn.com
Douglas G Levin    DLevin@gibsondunn.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/7/2012 | Timothy F. Umbreit | /s/ Timothy F. Umbreit |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

Order on Stipulation of Dismissal with Prejudice

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ***Order on Stipulation of Parties for Entry of Order of Dismissal of Adversary Proceeding with prejudice*** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***3/7/2012***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Oscar Garza   ogarza@gibsondunn.com
Douglas G Levin    DLevin@gibsondunn.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Timothy F. Umbreit  tim@timumbreit.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**REPFUND TERRACINA APARTMENTS, LLC**
222 N. Sepulveda Blvd
Ste 2222
EI Segundo, CA 90245

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

Timothy F. Umbreit
Attorney at Law
Toluca Lake, CA 91602

4

Order on Stipulation of Dismissal with Prejudice